# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 29, 2007

133298 & (46)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WAR-AG FARMS, LLC,
DALE WARNER and DEE ANN WARNER,
      Plaintiffs-Appellants,

v

FRANKLIN TOWNSHIP,
FRANKLIN TOWNSHIP ZONING BOARD OF
APPEALS, and FRANKLIN TOWNSHIP
PLANNING COMMISSION,
      Defendants-Appellees.

SC: 133298
COA: 270242
Lenawee CC: 05-001940-AA

_____/

On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the January 17, 2007 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 29, 2007

*Corbin R. Davis*

Clerk

p1119